Thomas A. Kearney (State Bar No. 90045)
tak@kearneylittlefield.com
Prescott W. Littlefield (State Bar No. 259049)
pwl@kearneylittlefield.com
**KEARNEY LITTLEFIELD LLP**
633 W. Fifth Street, 28th Floor
Los Angeles, CA 90071
Telephone  (213) 473-1900
Facsimile   (213) 473-1919

Gene J. Stonebarger (State Bar No. 209461)
gstonebarger@stonebargerlaw.com
Richard D. Lambert (State Bar No. 251148)
rlambert@stonebargerlaw.com
Elaine W. Yan (State Bar No. 277961)
eyan@stonebargerlaw.com
**STONEBARGER LAW**
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

*Attorneys for Plaintiff Antonio Villegas and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO VILLEGAS, an individual, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SECURITY ONE INTERNATIONAL, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:14-cv-00874-NC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(i), Plaintiff hereby dismisses those claims set forth in the operative Complaint [Doc.
3  1] on behalf of himself and all members of the Class against Defendant Security One
4  International, Inc. *without prejudice*.

Dated: April 28, 2014  **KEARNEY LITTLEFIELD, LLP**

**STONEBARGER LAW, APC**

By:  /s/ Richard D. Lambert
      Richard D. Lambert
      Prescott W. Littlefield
      Attorneys for Plaintiff

-1-
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE